IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.     5:25-CR-136 (BKS) |
| ) | |
| v.     ) | **Information** |
| ) | |
| **BRANDON MONTANARI,**    ) | Violation:     18 U.S.C. § 242 |
| ) | [Deprivation of Rights Under |
| **Defendant.**    ) | Color of Law] |
| ) | |
| ) | 1 Count |
| ) | |
| ) | County of Offense:   Oneida |

### THE UNITED STATES ATTORNEY CHARGES:

### Introduction

1.   At all times relevant to this Information, Mid-State Correctional Facility ("Mid-State") was a prison in Marcy, New York that housed inmates convicted of state crimes.

2.   On or about the early morning of April 13, 2023, Defendant **BRANDON MONTANARI**, a correction officer assigned to Mid-State, was working in Building 4.

3.   Correction Officer Trainee Michael Williams and Correction Officer Rohail Khan were employed at Mid-State and were working the same shift as Defendant **MONTANARI** in the same building.

4.   J.B. was an inmate housed in Building 4, Unit 4F in the early morning hours of April 13, 2023.

### COUNT 1
[Deprivation of Rights Under Color of Law]

5.   On or about April 13, 2023, in Oneida County in the Northern District of New York, Defendant **BRANDON MONTANARI**, while acting under color of law and while aided and abetted by Correction Officer Trainee Williams and Correction Officer Khan, willfully

deprived J.B. of the right, protected and secured by the Constitution and laws of the United States, to be free from cruel and unusual punishment. Specifically, Defendant **MONTANARI**, aided and abetted by Correction Officer Trainee Williams and Correction Officer Khan, physically assaulted J.B. in the hallway outside Unit 4F. The offense resulted in bodily injury to J.B.

All in violation of Title 18, United States Code, Section 242.

Dated: 4/23/25

JOHN A. SARCONE III
United States Attorney

By: _____
Michael D. Gadarian (Bar Roll No. 517198)
Michael F. Perry (Bar Roll No. 518952)
Assistant United States Attorneys