# Exhibit "A"



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

# MEMORANDUM

**TO:** Brandon Montanari, **Correction Officer**

**FROM:** Michael Capra, Superintendent

**SUBJECT:** *LETTER OF APPRECIATION*

**DATE:** June 16, 2020

While conducting your count on HBA you found an inmate not breathing and unresponsive in cell. You called for a medical emergency and area supervisor. On arrival security staff entered the cell and began chest compressions, inmate began to breath, medical personnel administered Narcan with no effect, 3 additional doses were administered in which inmate responded.

Thanks to your vigilance, close observation and quick action, we were able to locate and rectify a situation which could have presented a serious risk to inmate. Your quick action saved a life.

This letter of appreciation is an acknowledgement of your excellent work. Officers like yourself are an asset to Sing Sing Correctional Facility. Thank you for your hard work and the high level of professionalism you displayed.

MC: mb
cc:   Personnel file
         Author

Sing Sing Correctional Facility, 354 Hunter Street, Ossining, NY 10562-5442 | (914) 941-0108 | www.doccs.ny.gov