**Mathias Arbeiter VI**



11th July 2025

**Honorable Judge Brenda K. Sannes**
Chief U.S District Judge

Dear Hon. Sannes,

My name is Mathias Arbeiter VI, and I am writing to provide a character reference for Mr. Brandon Montanari. I had the pleasure of working with Brandon as his real estate agent during the process of purchasing his very first home.

From the very beginning of our professional relationship, Brandon impressed me as a kind, caring, and genuinely enthusiastic person. He was excited about the journey of homeownership, and his positive attitude made the process enjoyable for everyone involved. He was never aggressive or impatient, in fact he approached each step of the process with thoughtfulness, humor, and a strong desire to make the right decisions for him and his loved ones.

During this time, I made a major change in my career and joined a new real estate company. Brandon and his wife Alicia continued to work with me through that transition and showed unwavering support, which speaks volumes about their loyalty and trust in others.

Brandon was an absolute pleasure to work with. I first met him while we were working together at Emerling Ford, and from that moment on, I've known him to be nothing but respectful, knowledgeable, and personable.

It is with great sincerity that I vouch for Brandon's character. He is a thoughtful, dependable, and respectful individual, and I am grateful to have had the opportunity to assist him and Alicia in finding their home.

Thank you for your time and consideration.

Sincerely,

Dear Judge Sannes

I am writing to you in recognition of this matter, and in support of Brandon Montonari, whom I have known for 5 years in a personal manner. I respectfully submit this letter as a character reference to provide context about his character, integrity, and longstanding commitment to serving the community, inside and out of corrections.

Brandon has worked as a corrections officer for [X] years and has consistently demonstrated professionalism, discipline, and a deep sense of responsibility and caring for everyone he has ever talked about. The nature of their job is demanding and often thankless, yet Brandon has always approached it with fairness and a calm demeanor, even under the most difficult circumstances.

In the time I've known him, I've observed someone who is deeply committed to doing what is right, who treats others with dignity and respect, and who holds themselves to high ethical standards. Brandon has been actively involved in community events, and has been a mentor to other younger officers—providing guidance, trying to lead by example, and consistently promoting a culture of accountability. Brandon also has a home, wife and children he loves deeply that need him just as much as the rest of the community.

I believe it is important for the Court to consider Brandon Montonari's long record of public service, their personal integrity, and the many positive contributions he has made to others in the community, both inside and outside of corrections including being a volunteer firefighter and helping many people over the years during his personal time. This shows how deeply he cares for others.

It is my sincere hope that the Court will take this information into account in rendering a fair and balanced decision. I am confident Brandon Montonari remains committed to his community and continues to live in accordance with the values that have defined his career and character.

Thank you for your time and consideration.

Respectfully,
Jessica Backlund

*Jessica Backlund*    6/12/2025

Friend of Brandon Montonari

Ashley Ernle



July 23, 2025

To the Honorable Judge Sannes

    Hello, my name is Ashley Ernle, I am a register nurse currently working in Infusion Oncology and have practiced as a Licensed Practical Nurse and Registered Nurse in New York state for a total of thirteen years. I first met Brandon Montanari during the time he was employed as a Corrections Officer at Sing Sing Correctional Facility. We met through online dating and dated only for a short time. At the time, I was continuing my education and wanted to put my own focus on furthering my career as a nurse. And while our romantic relationship was only for a short period of time, Brandon and I have remained friends. In past past few years I have seen personal growth in Brandon. He is always there to help anyone in need, he's active in his fire department, and he is without a doubt making the best life he can for his family.

    When I first learned about Brandon's involvement with the mistreatment of an inmate, I was truly shocked. Brandon rarely spoke about incarcerated individuals to me, however when he did it was always with respect and positivity. Amongst all the correctional officers I have known, Brandon stood out, in that he saw the good in people and wanted them to achieve and reenter society as a better person. While I understand the seriousness of this situation, I believe this was very out of character for Brandon.

    The person I know would never willingly harm an individual. I believe Brandon was part of a system that is in desperate need of reform and caught up in workplace culture only to be misguided by co workers who he was supposed to look up to a trust. I ask you to please consider his positive aspects as compared to this one time transgression.

    If you would like to speak with me further on this matter, please do not hesitate to reach out.

Sincerely,

Ashley Ernle, RN

*Ashley Ernle, RN* (signature)



Kelly Gordon, LMHC
Healing Minds

[redacted]

June 10, 2024

To Whom It May Concern:

    I am currently seeing Brandon's daughter, [redacted] for counseling. Counseling was initiated by Brandon and his current wife for help with [redacted] in March of 2025. [redacted] has been struggling with her behaviors, lying, and controlling/understanding her emotions. [redacted] has limited contact with her biological mom and suffers with separation difficulties that have increased her behaviors.

    Not having dad at home would increase [redacted]'s difficulties and mental health concerns. Dad has attended most sessions with [redacted] at my office. He and his wife have been open to input, ideas, and communication to better things for his daughter. Many of the things we are working on revolve around having a routine, family activities, and supportive relationships.

    Brandon has been respectful in sessions and with communication outside of family sessions. He continues to be personable and open minded when discussing new and alternative ways of dealing with his daughter and the family unit.

Respectfully,

*Kelly Gordon*
Kelly Gordon, LMHC

Case 5:25-cr-00136-BKS   Document 111   Filed 07/31/25   Page 4 of 19

Judge Sanners,

I am writing to you with regards to Brandon Montanari.

While I have only known him for about 2 years, I have known his wife, Alicia for over 5 years and consider her one of my very good friends. I respect and trust Alicia's decision in bringing Brandon into her life, and her son ▮'s life 2 years ago. Since Brandon has come into Alicia's life, he has been an amazing example for Alicia's young son ▮ by becoming the father he needed in his life. He has brought the meaning of family and unconditional love into their lives. He brought Alicia a gift of a man that shows her what a true marriage is. I have seen his dedication firsthand to providing for them through his hard work, purchasing a home and also providing for his community by volunteering for the fire company, and encouraging Alicia to do the same.

I have seen nothing but selflessness from him in the time I've known him. All of his actions towards myself, my husband and family has turned him into a friend. His willingness to help anyone in need, always offering whatever he can no matter what he's doing, has made him a reliable asset to my family's life.

The loss of Brandon for any length of time will have a massive detrimental impact on the lives of his young children ▮ and ▮, not to mention Alicia. They have both worked so hard to establish a relationship and life for their children. Leading by their example of what hardworking, open communication, love and sense of family means.

I hope Your Honor will take his character and actions serving his family, friends, acquaintances and community into account in your decision.

I appreciate your time and willingness to take my opinion into consideration. I have the upmost faith that you will pass the appropriate judgment.

--

Kind Regards,

*[signature: M Hammer]*

Megan Hammer
Dodge Elementary Attendance/Health Aide

Dear Honorable Judge Brenda K Sannes, Chief US District Judge,

I have known Brandon Montanari since they moved to Springville when he was in Middle School. My son and him were best friends. He has called my house his second home and called me and my husband his second parents. I have many memories of him and loved watching him grow into the adult he is today. He is a hard worker, a fun person, and someone who loves his family, even extended like me, unconditionally. He would go out of his way to help any family member.

Growing up the two Brandons, my sons name was also Brandon, they were always adding joy to our lives. They had so much fun with all of their creating they did. One would come up with an idea...and together they worked out a plan to make it happen. They would stick up for the underdog and protect those that were being mistreated. I loved watching them build, create, make and just make everything they did fun. He was an awesome addition to our family.

As he got older Brandon helped us with our business. We own Creative Learning Shows and have entertained most of the schools, daycares and libraries in WNY. He worked with us doing magic shows, creating tricks or items needed for our shows, being the Easter bunny, and whatever else was needed. He never said "no", he just always joined in with what we were doing and helped where needed. He was an excellent worker and everyone enjoyed his sense of humor and his ability to just have fun. There was never anything that he would not try his hardest at.

As he started his family, he loved being a dad. He had such pride in his family and provided for them well. We performed at his children's birthdays and saw what an awesome parent he was. Even when times got tough, and he and his daughter's mom separated, he stepped up to the plate and took on his daughter full time. His love for his daughter is beautiful. He did everything he could to make her life so special. He now has found a beautiful wife, the love of his life he calls her, and is proud of the house he purchased and his son and his daughter. I have seen him happier this past few years than he had been in a while. He loves having a family and being able to provide for them.

I have seen Brandon in all different situations. He has gone through some hard things in his life. Every time I have seen him in a situation where he could have easily lost control, he did not. I have seen him stick up for those that were being mistreated. I have seen him grow into the amazing man that he is today. He has a lot to offer the community. He has served on the fire company for years. He goes out of his way to help people in need. I am asking you to give leniency in his sentencing in this case. His daughter, who was abandoned by her mother, not only needs him...but so does the community. He has a lot to give to us all.

If you have any questions, or would like to talk about the information in this letter, please feel free to reach out to number below. I would love to help.

Sincerely Yours,
Kathleen Jeffers
Kathleen Jeffers (aka Momma J)

Dear Judge Sannes,

I'm writing to you with a sincere and heavy heart to speak on behalf of my close friend, Brandon Montonari. I've known Brandon for over 10 years, and I hope that by sharing a glimpse of the man I know- the friend, the father, the husband, the public servant—you might see his true character beyond these circumstances.

Brandon is someone who has built his life on service and responsibility. He was not only a dedicated corrections officer, but also a volunteer firefighter—someone who willingly puts himself in harm's way to protect people he doesn't even know. That takes a rare kind of heart. He's also a husband and a father, raising his children with the same values of respect, discipline, and care that he's tried to uphold in his career, both as a corrections officer and other careers. He's worked hard to provide his family a stable home, a strong foundation, and the kind of life built on hard work and love.

I've seen how much this situation has impacted him. Brandon is not someone who runs from accountability. He is someone who reflects, who learns, and who has always done what's right since I have known him, even when others did not. Brandon would give the shirt off his back, answer to help at any hour, no matter what you need. That's the man and friend I have come to know.

I know firsthand that Brandon is someone who will come out of this experience with even more perspective and strength and even more caring than he was prior. This experience has only shown us even more how much Brandon cares about others. He's already shown how seriously he's taken every part of this process and how much it matters to him to all of us that are regularly around him. I respectfully ask that the Court consider the man, the father, and the public servant who stands before you, not just the moment that brought him there.

Thank you for your time, and for your thoughtful consideration.

Sincerely,
Dylan Jones

6/12/2025

Friend of Brandon Montonari

Honorable Judge Brenda K. Sannes

Chief U.S District Judge

Re: Brandon Montanari

Dear Judge Sannes:

First and foremost, thank you for taking the time to read this letter. My name is Alicia Montanari, and I am writing on behalf of my husband, Brandon Montanari.

Brandon and I met in the spring of 2023 in the most unexpected of ways—at a red light in Springville. He caught me admiring his truck and called out his number, offering me a ride. I never imagined I would text a stranger I met at a stoplight, but something told me to give him a chance. I did, and nearly two years later, we are happily married, living in a beautiful home with our two wonderful children.

In the time I've known Brandon, I've come to deeply admire the man he is. He is, without question, the most hardworking person I've ever met. From the moment he wakes up to the moment he goes to sleep, he is constantly working—not just at his job, but also helping others, whether it's a friend, family member, or a complete stranger in need. He has an incredible ability to fix things and is always thinking of better, more efficient ways to get things done.

Brandon is passionate about the outdoors—he enjoys hunting, fishing, hiking with our family, and riding snowmobiles in the winter. He's also incredibly knowledgeable and teaches me and the kids something new every day. What stands out most about Brandon is his unwavering dedication to our family. He stepped into my son ▮▮▮▮'s life without hesitation and treats him with the same love and care as his own daughter, ▮▮▮▮. They've formed a strong bond through their shared love for the outdoors, and Brandon has become the father figure my son never had.

Brandon has had full custody of his daughter since before we met. Her biological mother has been largely absent—since January, she has only seen ▮▮▮▮ four weekends total. ▮▮▮▮ is in therapy to cope with the abandonment issues resulting from this inconsistency. Brandon's daily presence in her life is critical to her emotional stability and development. His absence would be profoundly damaging not only to her but to all of us.

When I met Brandon, he was honest with me from the beginning. He shared that he had previously worked as a Correctional Officer at Mid-State and had been "locked out" due to an incident. Over time, he explained more about what happened and the ongoing uncertainty surrounding his employment status. Eventually, he made the decision that he no longer wanted to return—not because he didn't care about the job, but because he had found something more meaningful in life: our family.

Brandon took immense pride in being a CO. He was professional, disciplined, and compassionate in that role. He would often talk about the inmates he tried to help and the pride he took in maintaining a sharp, professional appearance. But in the end, he chose family and mental wellness over returning to a stressful and uncertain environment.

In addition to his past as a CO, Brandon has been a dedicated member of our local volunteer fire department since the age of 16. It is something he is deeply passionate about. We even bought our home across from the fire hall so he could be ready to respond at a moment's notice. His joy is evident when he's serving the community in this way. Recently, he encouraged me to join as well, and now we proudly serve together—something we hope to pass down to our children when they come of age.

I understand that actions have consequences, and Brandon does too. However, I am asking you to consider the profound impact it would have on our family if those consequences include incarceration or any extended separation. Brandon is the glue that holds our household together—he manages nearly every responsibility outside of my own bills, and he is our emotional anchor. Without him, our family would not only struggle financially, but emotionally and mentally as well.

Please consider alternative options—such as probation, community service, fines, or house arrest—that would allow him to remain present in our lives while still being held accountable. Removing him from our family would jeopardize everything we've worked so hard to build and severely impact the well-being of our children, especially ████████, whose mental health is already fragile.

Thank you again for your time and consideration. I sincerely hope you take this letter into account when making your decision.

Respectfully,
Alicia Montanari

*Alicia Montanari* (signature)

Federal Building and US Courthouse
PO Box 7336
Syracuse NY 13261-7336

July 28, 2025

Honorable Judge Sannes,

I am writing to you regarding my son, Brandon Montanari.

As Brandon's mother, I can say without hesitation that he is an outgoing young man who always goes the extra mile for his family, friends, and even strangers. He never hesitates to stop and help someone in need, no matter the circumstance. He is well respected in his community and is known for his kindness and willingness to lend a hand.

Brandon is both a father and a stepfather. His daughter, ███, who is 11 years old, absolutely adores him. He has primary custody of her and provides the only true stability she has in her life. Brandon has also stepped up to be a father figure to his stepson, ███, whom he loves and supports as his own.

He is deeply dedicated to his family, working hard to provide a stable home filled with love and care. Brandon also has a passion for firefighting and proudly serves as a volunteer at the East Concord Fire Department.

Since leaving the correctional facility, Brandon has become a better man. He has grown tremendously and is committed to living a positive and productive life.

Thank you for taking the time to consider my words.

Sincerely,

Tammy A Montanari, BS

Judge Sannes,

    I am writing this to you in regards to Brandon Montanari. I am hoping that I will be there for him on the day of his arraignment, however, I may be out of the country. Brandon is not my blood but he is my family. I consider him to be my brother, and my kids call him uncle. He was one of the first ones at the hospital when both of them were born. I have known him since I moved to Springville in 2009. I joined the Fire Department where he was already a member there. It was not an instant friendship but he helped me learn the fire side of things there as I was an E.M.T. for the department I came from, and I was not too familiar with the fire side of things. Regardless of that, he started coming around and hanging out with myself, my wife and kids. He eventually became family.

    Brandon is always there for us no matter what and will drop anything he is doing to help us out whether it be watching our kids, picking them up from school because he is closer than we are when we're at work, or fixing a pipe that burst and our bathroom is flooding. He is a very knowledgeable person and when I can't do certain things I call him. I don't have "blood" family anymore so it is refreshing to have someone to have that is there for us.

    I do not condone what he or the other officers were accused of and honestly it truly bothered me when I heard the charges you stated, and when he plead guilty to what had happened because I've never seen him act like that to anyone before. He has always been very respectful and polite to everyone we have come in contact with. I believe there should absolutely be consequences for their actions, I just don't believe taking him away from his wife and kids is the best option. I have seen the consequences of this happening to other families which included divorce, loss of homes, and kids not having that stability in their lives start acting out and getting into trouble themselves.

    Brandon has made so much of his life after this incident and leaving Corrections. He had a few different jobs and had other personal family issues. He eventually purchased his first home, settled down and married the love of his life who is perfect for him and he also has custody of his daughter and Alicia, his wife, brought her son into their newly formed family. I finally convinced him to come work for The Company I work for (West Herr Auto Group). I manage the Auto Glass shop and he works at our fleet shop. I hear nothing but good things from the management team about him and how much he has brought the team over there together, which is something they were struggling with.

    In summation I only ask that you take all this into consideration when sentencing him. I don't want to see anyone else's life destroyed by a very stupid choice that was made.

                                            Thank you for your time and consideration

                                                    Miguel A Negroni III

June 8, 2025

To The Honorable Judge Sannes:
Re. Brandon Montanari

I have known Brandon Montanari for a couple years in the capacity of him being my daughter's boyfriend/now husband. They married in December of 2024. It is for this reason I am happy to write this character reference on his behalf. I understand the seriousness of this matter however I hope the court will show leniency.

Brandon has had a tremendous positive impact on my daughter Alicia's mental and emotional health, she is the happiest I've ever seen her.

Brandon has also been a good role model and stepfather figure to my grandson

Brandon has provided support in schooling and sports, he's taught ▇ how to hunt, fish and camp. He's also shown how to ride ATVs/snowmobiles. Thus helping ▇ become a knowledgable young man.

As well as being a stepfather, Brandon has a biological child that resides with him and the blended family. If Brandon wasn't around, this would be detramental to the family in my opinion.

Alicia and Brandon recently closed on a house together just prior to their wedding.

Brandon holds down a fulltime job as a mechanic, he volunteers as a fireman at the East Concord Fire House (he even got Alicia to join as well) in their hometown.

He cares about the well being of others and lends his time selflessly while still maintaining family life.

While it is unfortunate that Brandon made a poor decision resulting in this case. I believe Brandon has since become a better man/person and will accept the consequences of his actions. It is my hope however, that the court take my letter of character into consideration at the time of sentencing in this case. Please

Sincerely Yours
Lisa Priest
(mother in law)

Dear Honorable Judge Sanners,  Monday, June 4, 2025

    I am writing to provide a character reference for Brandon Montanari, who has been a close friend for nearly 16 years. I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his characteristics.

    I have had the privilege of witnessing Brandon Montanari demonstrate integrity, responsibility, and various other honorable characteristics throughout our friendship.

    Mr. Montanari has been a dedicated volunteer firefighter since he was a young adult. He is a very self-sacrificing person, always thinking and providing for other people's needs before his own. He was always there for me or any of his friends and family whenever we ask. Need a tire change? Brandon was there! Need a ride? Brandon would provide; it did not matter the time of day; he was always there.

    Mr. Montanari is also a wonderful father to two children, ▊ his daughter and stepson, ▊ He is a full-time dad along with his wife, providing a stable and safe household.

    Based on my knowledge of Brandon Montanari, I firmly believe that the actions alleged in the charges against him are uncharacteristic of his true nature. I genuinely believe that Brandon is a person of integrity who made a mistake and is deeply remorseful for his consequences it has caused.

    I kindly request the courts consideration of Brandon Montanari's overall character and previous contributions to society. I am confident that with appropriate guidance and support, he will continue to positively contribute to the community. I firmly believe that Brandon Montanari deserves an opportunity for redemption and rehabilitation. Thank you for taking your time out of your day to review this character reference letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provide contact details I have listed below.

Sincerely,

Stacey L. Stresing

Dear Brenda Sannes,

We are writing this letter to you in regards to Brandon Montanari. My husband and I have known Brandon for about 20 years. He has always been respectful and kind hearted. He would be there to help when asked. He has always been there for us and our three boys, now ages 22, 20 and 17 when help is needed he drops what he is doing and comes to our rescue. He would give you his last dollar if you needed it. He is a great father to his daughter and to his now step son. He is supportive to his wife and family and makes sure all needs are met and they are taken care of. He is a member of the local fire department and an active community member. He is a hard worker and strives to succeed in his dreams and goals. He has a lot of friends, a family man and great guy. I hope you take this into consideration with the decision you make.

Thank you for taking the time to read this letter.

Deanna Valentine

Brian Valentine

Monica A. West
████████████████

June 25, 2025

Re: Brandon Montanari

To: The Honorable Judge Sannes,

I met Brandon Montanari while working for the Springville Griffith Institute School District almost 2 years ago. He is a very dependable, hard-working individual who always went above and beyond for not only his co-workers but also for the children in the school district and fellow community members. He was always very respectful towards everyone he associated with at the school and was a pleasure to work with.

Brandon Montanari is not only a fellow co-worker, but he became our friend and neighbor. He is an upstanding, positive and productive member of our small community in East Concord, NY. His is highly thought of not only by our community but also by his fellow volunteer fireman at the East Concord Fire Department. He is always involved and volunteering at local community events. Brandon Montanari is the kind of neighbor we all wish would move in next door. He will drop everything to help a person in need whether he knows them or not. He is always the first to offer a helping hand to a friend and stranger alike, which is a rare quality in today's world.

Brandon Montanari is also a devoted family man to his wife, Alicia and their children, ██████████████. He is at every school and sporting event cheering not only for his children but for our school district's children. He is present at all school events and volunteers where he can.

It is my sincere hope that the court takes this letter into consideration. I truly believe that Brandon Montanari is an honorable individual, a valuable member of my community, and a good human being that my Family and I are blessed to know.

Sincerely,

*Monica A. West*

Monica A. West

Commendation Letter for Brandon Montanari

From: Marionna Wiltsie, Sister-in-law
Date: June 22, 2025

The Honorable Judge Sannes,

I am writing this letter to formally commend Brandon Montanari- a man of exceptional character, sincere heart, and tireless dedication to his family and community. As his sister-in-law, I have had the privilege of watching Brandon grow into a man of great integrity, humility, and perseverance.

Brandon is someone who approaches life with honesty, hard work, and compassion. He is always willing to lend a helping hand, never hesitating to support those in need. His work ethic is admirable, and his sincerity in every interaction speaks volumes about the kind of person he is.

What stands out most is Brandon's unwavering dedication to his family. He is a devoted husband and a committed father who works hard every single day to provide a stable, loving, and secure life for his children. With his recent marriage,

Brandon has stepped into a new chapter full of promise and purpose. He is continuously seeking growth, stability, and positive change - not just for himself, but for the people he loves most.

I believe these qualities are deeply meaningful and speak to his true character. I respectfully ask that you, Judge Sannes take this into consideration should this letter be presented in any legal matters concerning Brandon. Brandon is not only a good man - he is a man actively working to build a better future.

In my view, his sincerity, responsibility, and love for his family merit thoughtful consideration in any decisions that affect him.

Thank you for your time and attention in this matter, Your Honor.

Respectfully Submitted,

Marionna Wiltsie
Sister-in-law

Marm W